# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN HENRY SCOTT, JR., #750028, Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00204-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **C/O HALL, ET AL, Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 10], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's civil rights Complaint under 42 U.S.C. § 1983 [ECF Nos. 1,6, 9] is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), for failure to state a claim upon which relief can be granted against Defendants Dauzart, Dauzart, Welch, and Belgard.

IT IS FURTHER ORDERED that Plaintiff's claim for release from custody be DISMISSED WITHOUT PREJUDICE to filing a habeas petition.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers on this 30th day of June 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE