UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**JOHN HENRY SCOTT, JR**          CIVIL DOCKET NO. 1:21-CV-0204

**VERSUS**                         JUDGE DAVID C. JOSEPH

**C/O HALL, ET AL**                MAGISTRATE JUDGE JOSEPH
                                   H.L. PEREZ-MONTES

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 73] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's MOTION FOR SUMMARY JUDGMENT [Doc. 61] is DENIED.

IT IS FURTHER ORDERED this case is referred to Magistrate Judge Perez-Montes for setting of BENCH TRIAL in Lafayette, La, Courtroom 1.

THUS, DONE AND SIGNED in Chambers on this 7th day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE