UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN HENRY SCOTT JR** | **CIVIL ACTION NO. 21-204 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **C/O HALL ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 130), no objection having been filed thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motions for Summary Judgment (R. Docs. 119 and 120) are **GRANTED** and the claims against defendants Warden Ronald Goudeau and Christopher Hall are **DISMISSED WITH PREJUDICE.**

**THUS ORDERED AND SIGNED** in Chambers this 31st day of July, 2025.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT